UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN DENNIS,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>MCO,<br><br>　　　　　　Defendant. | Case No.: 2:16-cv-951-GMN-GWF<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge George Foley, Jr. (ECF No. 13), which states that Plaintiff Stephen Dennis's ("Plaintiff's") Motion for Default Judgment (ECF No. 11) should be granted.  The R&R further recommends that Plaintiff be awarded $1,000 in statutory damages, $2,940 in attorney's fees and $525 in costs for a total award of $4,465.  Lastly, the R&R recommends that judgment be entered against Defendant.

　　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is hereby awarded $1,000 in statutory damages, $2,940 in attorney's fees and $525 in costs for a total award of $4,465.

The Clerk of Court is instructed to enter judgment accordingly and close the case.

**DATED** this __31__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court