# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Stephen Dennis

Plaintiff,

**DEFAULT JUDGMENT IN A CIVIL CASE**

V.

MCO

Case Number: 2:16-cv-00951-GMN-GWF

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered in favor of plaintiff in the amount of $1,000 in statutory damages, $2,940 in attorneys fees and $525 in costs for a total award of $4,465.

March 31, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ M. Morrison

(By) Deputy Clerk